IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY HAMILTON                                                          PLAINTIFF

v.                          No. 4:16-cv-756-DPM

MARK STODOLA, In his official capacity as
Mayor of the City of Little Rock, Arkansas; CITY
OF LITTLE ROCK; BRITTANY GODFREY;
MITCHEL JACKSON; DITECH FINANCIAL LLC;
GREEN TREE SERVICING LLC; KAMAL ELLIS;
and CLEAN SWEEP MANAGEMENT LLC                                          DEFENDANTS

ORDER

Hamilton's motions to remand and to strike the notice of removal, № 11 & 12, are denied. Ditech's notice said all then-served defendants joined. № 1 at 4. All defendants have opposed remand and confirmed consent — in writing. № 16 & 17. This suffices under 28 U.S.C. § 1446. *Griffioen v. Cedar Rapids and Iowa City Railway Company*, 785 F.3d 1182, 1188 (8th Cir. 2015). And Ditech's lawyer appeared by signing and filing the notice; no prior separate paper was required.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2016