IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY HAMILTON                                                           PLAINTIFF

v.                              No. 4:16-cv-756-DPM

MARK STODOLA, In his official capacity as
Mayor of the City of Little Rock, Arkansas; CITY
OF LITTLE ROCK; BRITTANY GODFREY;
MITCHEL JACKSON; DITECH FINANCIAL LLC;
GREEN TREE SERVICING LLC; KAMAL ELLIS;
and CLEAN SWEEP MANAGEMENT LLC                           DEFENDANTS

## ORDER

Motion to substitute, № 30, granted. H.C. Jay Martin and James M. Scurlock are no longer associated with this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2017