IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY HAMILTON                                                    PLAINTIFF

v.                          No. 4:16-cv-756-DPM

MARK STODOLA, In his official capacity as
Mayor of the City of Little Rock, Arkansas; CITY
OF LITTLE ROCK; BRITTANY GODFREY;
MITCHEL JACKSON; DITECH FINANCIAL LLC;
GREEN TREE SERVICING LLC; KAMAL ELLIS;
and CLEAN SWEEP MANAGEMENT LLC                    DEFENDANTS

ORDER

The motion to continue and to extend discovery cutoff, № 39, is denied. First, most of the discovery seems to have been completed. Second, all parties are obligated to supplement discovery responses (as required by Federal Rule of Civil Procedure 26(e)) even after the discovery deadline. Third, the parties are free to conduct more discovery by agreement if the need arises. Fourth, if there is a discovery dispute (for example, between Hamilton and Ditech), the involved parties should file a joint report using the procedure in the Final Scheduling Order, № 28 at 3. Fifth, if Hamilton needs more discovery to respond to any dispositive motion, he should follow Federal Rule of Civil Procedure 56(d).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 November 2017