IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY HAMILTON                                                         PLAINTIFF

v.                         No. 4:16-cv-756-DPM

MARK STODOLA, In his official capacity as
Mayor of the City of Little Rock, Arkansas; CITY
OF LITTLE ROCK; BRITTANY GODFREY;
MITCHEL JACKSON; DITECH FINANCIAL LLC;
GREEN TREE SERVICING LLC; KAMAL ELLIS;
and CLEAN SWEEP MANAGEMENT LLC                           DEFENDANTS

## ORDER

Unopposed motions, № 64 & 65, granted. Responses to motions for summary judgment, № 45 & 53, due by 11 December 2017.

So Ordered.

D.P. Marshall Jr.
United States District Judge

5 December 2017