IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY HAMILTON                                              PLAINTIFF

v.                      No. 4:16-cv-756-DPM

MARK STODOLA, in his official capacity as
Mayor of the City of Little Rock, Arkansas; CITY
OF LITTLE ROCK; BRITTANY GODFREY;
MITCHEL JACKSON; DITECH FINANCIAL LLC;
GREEN TREE SERVICING LLC; KAMAL ELLIS;
and CLEAN SWEEP MANAGEMENT LLC              DEFENDANTS

## ORDER

The Court can't keep the February trial date because of a trial in the Pulaski County school desegregation case. The Scheduling Order, № 28, is suspended. The parties' motions in limine, № 80, № 82, & № 84, are denied without prejudice. The Court will consider and decide the pending motions for summary judgment. Thereafter, an Amended Final Scheduling Order will issue if a trial is needed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 December 2017