# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LARRY HAMILTON**                                                                    **PLAINTIFF**

v.                      No. 4:16-cv-756-DPM

**MARK STODOLA**, in his official capacity as
Mayor of the City of Little Rock, Arkansas; **CITY
OF LITTLE ROCK; BRITTANY GODFREY;
MITCHEL JACKSON; DITECH FINANCIAL LLC;
GREEN TREE SERVICING LLC; KAMAL ELLIS;
and CLEAN SWEEP MANAGEMENT LLC**       **DEFENDANTS**

## ORDER

Motion for a hearing, № 88, granted. Hearing set for 16 February 2018 at 10:30 a.m. in Courtroom B155 of the Richard Sheppard Arnold United States Courthouse in Little Rock. Each of the three defendant groups will have fifteen minutes to present argument; Hamilton will have forty-five minutes.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2018