IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY HAMILTON                                              PLAINTIFF

v.                      No. 4:16-cv-756-DPM

MARK STODOLA, in his official capacity as
Mayor of the City of Little Rock, Arkansas; CITY
OF LITTLE ROCK; BRITTANY GODFREY;
MITCHEL JACKSON; DITECH FINANCIAL LLC;
GREEN TREE SERVICING LLC; KAMAL ELLIS;
and CLEAN SWEEP MANAGEMENT LLC          DEFENDANTS

ORDER

Ditech's motion, № 95, is granted as modified. Federal Rule of Civil Procedure 15(d) doesn't apply because a response is not a pleading as defined by Rule 7(a). What Ditech seeks is a sur-reply. These are disfavored, but there's good cause for one here. № 95-1 deemed filed as Ditech's sur-reply. As the movant, though, Hamilton gets the last word. His sur-sur-reply, if he wants to file one, is due by 5 February 2018. It must not exceed three pages. And it must be limited to the loan-servicer issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 January 2018