IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY HAMILTON                                          PLAINTIFF

v.                           No. 4:16-cv-756-DPM

MARK STODOLA, in his official capacity as
Mayor of the City of Little Rock, Arkansas; CITY
OF LITTLE ROCK; BRITTANY GODFREY;
MITCHEL JACKSON; DITECH FINANCIAL LLC;
GREEN TREE SERVICING LLC; KAMAL ELLIS;
and CLEAN SWEEP MANAGEMENT LLC          DEFENDANTS

## ORDER

1.     For the reasons stated on the record at the end of the hearing
today, the Court made the following rulings on the pending motions:

- The City Defendants' motion for summary judgment, № 45,
  is partly granted and partly denied without prejudice;

- Ditech's and Clean Sweep's motions, № 49 & № 53, are
  partly granted and partly denied without prejudice;

- The motion to strike Ditech's reply, № 87, is denied without
  prejudice as moot; and

- The motion to strike Clean Sweep's reply, № 93, is denied.

2.     All claims brought under the U.S. Constitution are
dismissed with prejudice. The Court declines to exercise supplemental

jurisdiction over all the remaining claims, which raise only matters of Arkansas law. 28 U.S.C. § 1367(c)(3).

3. The Court exercises its discretion and, rather than dismissing without prejudice, remands what remains of this removed case to the Circuit Court of Pulaski County, Arkansas. *Carnegie-Mellon University v. Cohill*, 484 U.S. 343 (1988).

So Ordered.

D.P. Marshall Jr.
United States District Judge

16 February 2018