# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LARRY HAMILTON                                                    PLAINTIFF

v.                        No. 4:16-cv-756-DPM

MARK STODOLA, in his official capacity as
Mayor of the City of Little Rock, Arkansas; CITY
OF LITTLE ROCK; BRITTANY GODFREY;
MITCHEL JACKSON; DITECH FINANCIAL LLC;
GREEN TREE SERVICING LLC; KAMAL ELLIS;
and CLEAN SWEEP MANAGEMENT LLC                                  DEFENDANTS

## ORDER

Hamilton asks the Court, pursuant to Federal Rules of Civil Procedure 52(b), 59(e), and 60(b)(6), to amend its February 2018 Order, which dismissed Hamilton's federal constitutional claims and remanded his state law claims to the Circuit Court of Pulaski County, Arkansas. Hamilton wants the Court to revisit the federal law issues.

Assuming the Court can reach the merits of Hamilton's motion under one of the cited Rules, the motion fails. Hamilton's core point is that the Court made a mistake on the federal claims. This is mostly a continuation of the many arguments Hamilton made in his extensive briefing on the various motions and his thorough oral argument at the hearing on those motions. The Court is still not persuaded. It stands

by its bench ruling as a whole, including the precedent cited and the reasons given. № 103 at 54–65.

Hamilton's motion, № 105, is denied.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2018