IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY HAMILTON**  PLAINTIFF

v.  No. 4:16-cv-756-DPM

**MARK STODOLA**, in his official capacity as
Mayor of the City of Little Rock, Arkansas; **CITY
OF LITTLE ROCK; BRITTANY GODFREY;
MITCHEL JACKSON; DITECH FINANCIAL LLC;
GREEN TREE SERVICING LLC; KAMAL ELLIS;
and CLEAN SWEEP MANAGEMENT LLC**  DEFENDANTS

## ORDER

Motion, № 110, noted. Hamilton says his social security payments ended in April 2018, but he also says he's received no income from any source in the last twelve months. *Compare* № 110 at 1, *with* № 110 at 3. The Court requests another IFP form that clarifies this point. The Clerk should send Hamilton one with this Order. Please file the amended form by 22 May 2018.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2018